IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,           )
                               )
            Plaintiff,         )
                               )
        v.                     )    Civ. No. 06-361-KAJ
                               )
GRAND JURY FOR THE DISTRICT    )
DELAWARE, JURORS OF THE        )
JANUARY 17, 18 TRIAL 2006,     )
HAWKINS REPORTING SERVICE,     )
STACY L. VICKERS, and COURT    )
DEPUTIES,                      )
                               )
            Defendants.        )

**ORDER**

Plaintiff Gbeke Michael Awala ("Awala"), an inmate currently held at the Federal

Detention Center, Philadelphia, Pennsylvania, filed this action pursuant to 42 U.S.C. §

1983. At the time he filed his complaint, he did not file a request for leave to proceed *in

forma pauperis* pursuant to 28 U.S.C. § 1915, although he filed the complaint without

prepayment of the $350.00 filing fee. (D.I. 1.) The court takes judicial notice that in

every civil case Awala has filed in this district, including the case at bar, he has not paid

a filing fee. *See Awala v. Koyste*, Civ. No. 05-097-KAJ; *Awala v. Federal Public

Defender,* Civ. No. 05-281-KAJ; *Awala v. Congress,* Civ. No. 05-307-KAJ; *Awala v.

Federal Reserve Bank,* Civ. No. 05-367-KAJ; *Awala v. U.S. Department of State

International Child Abduction,* Civ. No. 05-368-KAJ; *Awala v. State Of Delaware,* Civ.

No. 05-369-KAJ; *Awala v. Stretton,* Civ. No. 05-472-KAJ; *Awala v. Jordan,*05-783-GMS;

*Awala v. Anderson*, Civ. No. 05-917-KAJ; *Awala v. 8 U.S.C. Section 1326,* Civ. No. 06-

012-KAJ. More so, exhibits Awala has filed with the court demonstrate that he has no

funds to pay a filing fee.  Accordingly, the court concludes that once again Awala is seeking *in forma pauperis* status.

The Prison Litigation Reform Act ("PLRA") provides that a prisoner cannot bring a new civil action or appeal a judgment in a civil action *in forma pauperis* if he has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  28 U.S.C. § 1915(g).  A case dismissed as frivolous prior to the enactment of the PLRA (i.e., April 26, 1996) is counted when applying the "three strikes rule".  *Keener v. Pennsylvania Bd. of Probation & Parole*, 128 F.3d 143 (3d Cir. 1997).  An exception is made to the "three strikes rule", when the prisoner is in imminent danger of serious physical injury.  A prisoner who is not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has three or more dismissals described in 28 U.S.C. 1915(g).

According to the records of the Federal Courts Awala, while a prisoner, has filed at least twenty civil actions in various federal courts.  *See Awala v. Delta Air Lines*, No. 1:05-CV-2128-JEC (N.D.Ga. Aug. 31, 2005).  More than three of these cases were dismissed as frivolous or for failure to state a claim upon which relief may be granted, as follows:  *Awala v. Federal Public Defender,* No. 05-4341 (3d. Cir. Apr. 21, 2006); *Awala v. Wachovia* Corp., No. 05-3381 (3d. Cir. Dec. 8, 2005); *Awala v. People Who Want to Restrict Our First Amendment Rights*, No. 05-3863 (3d Cir. Dec. 8, 2005); *Awala v. 8 U.S.C. § 1326*, Civ. No. 06-012-KAJ (D.Del. Mar. 17, 2006); *Awala v. Stretton*, No. 05-472-KAJ (D.Del. Mar. 3, 2006); *Awala v. U.S. Congress*, Civ. No. 05-

307-KAJ (D.Del. Dec. 15, 2005); *Awala v. Delaware River and Bay Authority Police Dep't*, No. 05-97-KAJ (D. Del. Dec. 15, 2005); *Awala v. State of New Jersey Dep't of Corrections*, No. Civ.A. 05-2362FLW (D.N.J. Aug. 23, 2005).

Therefore, Awala may not file another civil action *in forma pauperis* while incarcerated, unless he is in "imminent danger of serious physical injury " at the time of the filing of his complaint. 28 U.S.C. § 1915(g); *Abdul-Akbar v. McKelvie*, 239 F.3d 307, 311 (3d Cir. 2001). His complaint does not meet that standard.

Awala may not proceed *in forma pauperis*. He is given thirty (30) days from the date of this order to pay the $350.00 filing fee. If Awala does not pay the filing fee within that time, the complaint shall be dismissed pursuant to 28 U.S.C. § 1915(g).

DATED: 6/15/06
Wilmington, Delaware

UNITED STATES DISTRICT JUDGE

-3-