IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
JUN 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,

    Plaintiff,

    v.

GRAND JURY FOR THE DISTRICT
DELAWARE, JURORS OF THE JANUARY
17, 18 TRIAL 2006,
BRIAN GAFFIGAN(Court Reporter)[1].

    Defendants.

Civ No.: 06-361-KAJ

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

## MOTION TO PLACE CASE IN ABEYANCE

AND NOW COMES the plaintiff, respectfully moves the Court pursuant to Motions in a Civil matter and pursuant to Rule 15(a)[1] amend party and further request that the Court place case in abeyance of judgment since the court is predestined to deny in forma pauperis.

    Find attached are copies of prisoner trust fund account statement for past six months for court's perusal.

Dated. 6/21, 2006.

Respectfully submitted,

Gbeke Michael Awala
No. 82074-054
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105

## All Transactions 

| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
|---|---|---|---|
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 6 SOUTH |
| Report Date: | 06/22/2006 | Living Quarters: | F03-628L |
| Report Time: | 2:14:52 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/16/2006 3:07:26 PM | PHL1694 | Debt Encumbrance | ($0.40) | FPHLD380 - 1271 | | |
| 6/16/2006 2:48:07 PM | PHL1694 | Photo Copies | ($0.70) | JV0040 | | $17.40 |
| 6/16/2006 2:47:40 PM | PHL1694 | Photo Copies | ($1.90) | JV0040 | | $18.10 |
| 6/15/2006 2:42:10 PM | PHL7239 | PLRA Payment | ($8.00) | D775 | E036 | $20.00 |
| 6/15/2006 2:42:04 PM | PHL7239 | PLRA Payment | $8.00 | D775-V | | $28.00 |
| 6/15/2006 2:41:47 PM | PHL7239 | PLRA Payment | ($6.00) | D774 | E035 | $20.00 |
| 6/15/2006 2:41:42 PM | PHL7239 | PLRA Payment | $6.00 | D774-V | | $26.00 |
| 6/7/2006 2:48:19 PM | PHL1527 | Photo Copies | ($1.50) | JV0040 | | $20.00 |
| 6/7/2006 1:47:21 PM | PHL1527 | Photo Copies | ($2.10) | JV0040 | | $21.50 |
| 6/7/2006 10:21:33 AM | PHL1527 | Photo Copies | ($3.40) | JV0040 | | $23.60 |
| 6/1/2006 2:07:54 AM | AMSERVICE | PLRA Payment | ($8.00) | FPHLD159 | D775 | $27.00 |
| 6/1/2006 2:07:54 AM | AMSERVICE | PLRA Payment | ($6.00) | FPHLD162 | D774 | $35.00 |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD214 - 1089 | | |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD162 - 1088 | | |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD159 - 1087 | | |
| 5/30/2006 2:10:44 PM | PHL7239 | Legal Fees | $0.00 | | | $41.00 |
| 5/23/2006 9:29:38 AM | PHL5518 | Sales | $0.00 | 47 | | $41.00 |
| 5/23/2006 9:06:43 AM | PHL7239 | Debt Encumbrance | ($2.00) | FPHLD306 - 1129 | | |
| 5/22/2006 10:06:40 AM | PHL7239 | Photo Copies | ($2.10) | JV0036 | | $41.00 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Photo Copies | ($4.10) | FPHLD129 | | $43.10 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | FPHLD129 - 1090 | | |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $3.10 | FPHLD129 - 974 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($15.00) | FPHLD135 - 1091 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($1.00) | FPHLD129 - 1090 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD214 - 1089 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD162 - 1088 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD159 - 1087 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Western Union | $40.00 | 33316206 | | $47.20 |
| 5/9/2006 12:30:28 PM | PHL7239 | Photo Copies | ($1.70) | JV0036 | | $7.20 |
| 5/9/2006 12:28:48 PM | PHL7239 | Photo Copies | ($0.20) | JV0036 | | $8.90 |
| 5/3/2006 2:09:50 PM | PHL7239 | Photo Copies | ($0.30) | JV0036 | | $9.10 |
| 5/3/2006 1:57:57 PM | PHL7239 | Photo Copies | ($3.70) | JV0036 | | $9.40 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD159 | D717 | $13.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD162 | D716 | $33.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($10.00) | FPHLD214 | D715 | $53.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 969 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 968 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 967 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 935 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 934 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 933 | | |
| 4/24/2006 9:57:28 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/24/2006 9:56:42 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($4.80) | FPHLD122 | | $63.10 |

| Date | User | Description | Amount | Reference | Balance |
|---|---|---|---|---|---|
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($8.40) | FPHLD107 | $67.90 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Inmate Co-pay | ($2.00) | FICD0206 | $76.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($5.60) | FPHLD096 | $78.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $4.80 | FPHLD122 - 973 | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $8.40 | FPHLD107 - 972 | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | FICD0206 - 971 | |

1 2 3

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | Housing Unit: 6 SOUTH |
| Report Date: | 06/22/2006 | Living Quarters: F03-628L |
| Report Time: | 2:14:52 PM | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/16/2006 3:07:26 PM | PHL1694 | Debt Encumbrance | ($0.40) | FPHLD380 - 1271 | | |
| 6/16/2006 2:48:07 PM | PHL1694 | Photo Copies | ($0.70) | JV0040 | | $17.40 |
| 6/16/2006 2:47:40 PM | PHL1694 | Photo Copies | ($1.90) | JV0040 | | $18.10 |
| 6/15/2006 2:42:10 PM | PHL7239 | PLRA Payment | ($8.00) | D775 | E036 | $20.00 |
| 6/15/2006 2:42:04 PM | PHL7239 | PLRA Payment | $8.00 | D775-V | | $28.00 |
| 6/15/2006 2:41:47 PM | PHL7239 | PLRA Payment | ($6.00) | D774 | E035 | $20.00 |
| 6/15/2006 2:41:42 PM | PHL7239 | PLRA Payment | $6.00 | D774-V | | $26.00 |
| 6/7/2006 2:48:19 PM | PHL1527 | Photo Copies | ($1.50) | JV0040 | | $20.00 |
| 6/7/2006 1:47:21 PM | PHL1527 | Photo Copies | ($2.10) | JV0040 | | $21.50 |
| 6/7/2006 10:21:33 AM | PHL1527 | Photo Copies | ($3.40) | JV0040 | | $23.60 |
| 6/1/2006 2:07:54 AM | AMSERVICE | PLRA Payment | ($8.00) | FPHLD159 | D775 | $27.00 |
| 6/1/2006 2:07:54 AM | AMSERVICE | PLRA Payment | ($6.00) | FPHLD162 | D774 | $35.00 |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD214 - 1089 | | |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD162 - 1088 | | |
| 6/1/2006 2:07:54 AM | AMSERVICE | Debt Encumbrance - Released | $8.00 | FPHLD159 - 1087 | | |
| 5/30/2006 2:10:44 PM | PHL7239 | Legal Fees | $0.00 | | | $41.00 |
| 5/23/2006 9:29:38 AM | PHL5518 | Sales | $0.00 | 47 | | $41.00 |
| 5/23/2006 9:06:43 AM | PHL7239 | Debt Encumbrance | ($2.00) | FPHLD306 - 1129 | | |
| 5/22/2006 10:06:40 AM | PHL7239 | Photo Copies | ($2.10) | JV0036 | | $41.00 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Photo Copies | ($4.10) | FPHLD129 | | $43.10 |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | FPHLD129 - 1090 | | |
| 5/15/2006 2:07:05 AM | AMSERVICE | Debt Encumbrance - Released | $3.10 | FPHLD129 - 974 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($15.00) | FPHLD135 - 1091 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($1.00) | FPHLD129 - 1090 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD214 - 1089 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD162 - 1088 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Debt Encumbrance | ($8.00) | FPHLD159 - 1087 | | |
| 5/14/2006 5:14:08 PM | AMSERVICE | Western Union | $40.00 | 33316206 | | $47.20 |
| 5/9/2006 12:30:28 PM | PHL7239 | Photo Copies | ($1.70) | JV0036 | | $7.20 |
| 5/9/2006 12:28:48 PM | PHL7239 | Photo Copies | ($0.20) | JV0036 | | $8.90 |
| 5/3/2006 2:09:50 PM | PHL7239 | Photo Copies | ($0.30) | JV0036 | | $9.10 |
| 5/3/2006 1:57:57 PM | PHL7239 | Photo Copies | ($3.70) | JV0036 | | $9.40 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD159 | D717 | $13.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($20.00) | FPHLD162 | D716 | $33.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | PLRA Payment | ($10.00) | FPHLD214 | D715 | $53.10 |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 969 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 968 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 967 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD214 - 935 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD162 - 934 | | |
| 5/1/2006 2:07:47 AM | AMSERVICE | Debt Encumbrance - Released | $10.00 | FPHLD159 - 933 | | |
| 4/24/2006 9:57:28 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/24/2006 9:56:42 AM | PHL7239 | Court Fees | $0.00 | | | $63.10 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($4.80) | FPHLD122 | | $63.10 |

| | | | | | |
|---|---|---|---|---|---|
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($8.40) | FPHLD107 | $67.90 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Inmate Co-pay | ($2.00) | FICD0206 | $76.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Photo Copies | ($5.60) | FPHLD096 | $78.30 |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $4.80 | FPHLD122 - 973 | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $8.40 | FPHLD107 - 972 | |
| 4/21/2006 2:07:03 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | FICD0206 - 971 | |

1 2 3