IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-361-KAJ |
| | ) |
| GRAND JURY FOR THE DISTRICT DELAWARE, JURORS OF THE JANUARY 17, 18 TRIAL 2006, HAWKINS REPORTING SERVICE, STACY L. VICKERS, and COURT DEPUTIES, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 15, 2006, the Court entered an order that the plaintiff pay the $350 filing fee within thirty (30) days from the date the order was sent or the case would be dismissed because the plaintiff has three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 2);

WHEREAS, to date, payment has not been received from the plaintiff;

WHEREAS, rather than pay the filing fee the plaintiff filed a motion for leave to proceed *in forma pauperis* and a motion to place the case in abeyance (D.I. 3);

THEREFORE, at Wilmington this 25th day of July, 2006, IT IS HEREBY ORDERED that:

1.   The motion for leave to proceed *in forma pauperis* and to place the case

in abeyance is DENIED (D.I. 3).

2. The plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee as ordered by the Court.

_____
UNITED STATES DISTRICT JUDGE