IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,           :
                               :
        Plaintiff,             :
                               :
    v.                         : Civ. Action No. 06-361-JJF
                               :
GRAND JURY FOR THE DISTRICT    :
DELAWARE, JURORS OF THE        :
JANUARY 17, 18 TRIAL 2006,     :
HAWKINS REPORTING SERVICE,     :
STACY L. VICKERS, and COURT    :
DEPUTIES,                      :
                               :
        Defendants.            :

### MEMORANDUM ORDER

WHEREAS, on March 22, 2007, Plaintiff filed a Motion For Reconsideration of the Court's July 25, 2006 Order (D.I.5) dismissing the case for failure to pay the filing fee as ordered by the Court;

WHEREAS, Plaintiff was ordered to pay the filing fee after he was denied leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(g), on the basis that three or more times in the past, while incarcerated, Plaintiff filed a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted (D.I. 2);

WHEREAS, the motion for reconsideration speaks mainly to the issue of Plaintiff's criminal jury trial, the jurors who heard the criminal trial, and the judge who presided over the case (D.I. 5);

WHEREAS, the purpose of a Motion For Reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence," <u>Max's Seafood Café v. Quinteros</u>, 176 F.3d 669, 677 (3d Cir. 1999), and Plaintiff has not demonstrated (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available previously; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice.  <u>Id</u>.; <u>Dasilva v. Esmor Corr. Services, Inc.</u>, Nos. 03-3095, 03-3348, 03-4435, 05-4007, 03-3096, 2006 WL 197610, at *3 (3d Cir. Jan. 27, 2006);

THEREFORE, at Wilmington this 22 day of May, 2007, IT IS ORDERED that the motion for reconsideration (D.I. 5) is **DENIED** and the case remains **CLOSED**.

_____<br>
UNITED STATES DISTRICT JUDGE