IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, )
    Plaintiff, )
  )
v. ) Civ. No.: 06-cv-00361-JJF
  )
GRAND JURY FOR DISTRICT OF DELAWARE, )
et al. )
    Defendants. )

FILED
MAY 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR DECLARATORY JUDGMENT

AND COMES NOW, the plaintiff Gbeke M. Awala, appearing in pro se in the above captioned matter. Respectfully moves the Honorable Court, Judge Joseph J. Farnan Jr., for a declaratory judgment in the above matter. In support thereof avers:

    (a) A plaintiff can have a declaratory judgment action on the constitutionality of either a Federal statute or State Statute by a single Federal Judge, so long as he she does not ask to have the operation of the statute enjoined. See Kennedy v. Mendoza-Martinez, 372 U.S. 144(1963); See also Aetna Life Ins. Co. of Hartford Conn v. Haworth, 300 U.S. 227(1937)(A court may not grant declaratory relief unless there is a "case or controversy" before the court--that is, the dispute must consist of specific adverse claims, based upon present rather than fututre or speculative facts on which to base an adjudication).

In the instant case, plaintiff's center or gravamen complaint agaisnt the Defendants in this matter focus on misconduct of jurors, Jurors Bias and prejudice, actual awareness of publicity, Jurors reading of statements of facts containing the MEMORANDUM ORDER by judge Judge Jordan, Juror's reading of accounts of plaintiff's prior acts, misconduct of the court, Judicial misconduct, misconduct of Government counsel, potentially prejudicial and inflammatory remarks by government counsel, misconduct by court spectators, misconduct of government witnesses(Agent Gonzales) emotional outburst, Jury Tampering, Jury's inability to agree, length of deliberation, improper questions, error in admitting evidence, Jury's confusion jury's failure to answer interrogations and the error in selection and impaneling of jury. Whereas, plaintiff does not seek to have the operation of the Jury's dismissed in this court, it is clear that as applicable to him, the unconstitutionality of the above in his case affords a basis for declaratory judgment.

WHEREFORE, for the foregoing reasons Plaintiff respectfully urged the Honorable Joseph J. Farnan, to grant this motion or otherwise permit matter to proceed to briefing.

Submitted under penalty of perjury.   28 U.S.C. §1746.

Dated 22th May, 2007.

Respectfully submitted,

/s/ Awala

GBEKE MICHAEL   AWALA
No. 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
Waymart, PA 18472

2-2

