IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA,

Plaintiff-Appellant,

v.

GRAND JURY FOR THE DISTRICT OF DELAWARE, JURORS OF THE JANUARY 17, 18 TRIAL 2006, HAWKINS REPORTING SERVICE, STACY L. VICKERS, and COURT DEPUTIES,

Defendants-Appellees.

Civil No.:06-361-JJF

FILED
JUN 18 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF APPEAL

AND COMES NOW, the Plaintiff-appellant Gbeke Michael Awala, hereby appeal the above captioned matter to the U.S. Court of Appeals for the Third Circuit, from an order and final judgment entered by the District Court on 22 day of May, 2007. In support thereof avers:

In this case, the District Judge unreasonably understated the submitted documents showing the everlasting threats of physical injury sustained and continued to sustain by the plaintiff. The Judge cropped into the matter in various colors for 'elevation to the Third Circuit,' id. Kent A. Jordan elevated after been strengthen by plaintiff, a great eagle feathers bent its root here at the District Court, causing him to flee. Nevertheless, the judge was

learning the history of Gbeke Michael Awala, which pointed ultimately to the order. However, the plaintiff presented an exceptional degree of reasons to win over the 'three strikes,' bar in light of been daily subjected to involuntary servitude without having been duly convicted based on evidence of such having no quantum, but scintilla of evidence in which the defendants here used their position and juror bias to attain. See Weinstein Design Group, Inc v. Fielder, 884 So. 2d 990 (Fla. Dist. Ct. App. 4th Dist. 2004)(Because a trial court has a unique vantage point to determine juror bias, its determination of whether a challenge for cause is proper is a mixed question of law and fact that will not be overturned on appeal in the absence of manifest error).

In the instant case, that manifest error is present here, juror bias, fraud, theft, riddle, arrogant Jordan, incredible Judicial officer, motivated by antagosnistic factors, a non-independent or neutral judicial officer, a repugnant trial judge. The law of cause and effect of examining their own behavior, may pose a riddle that at someonelse misdeeds a willfully sinful Judge will recompense gain, additional advantage of unusual corruption, so that he may gain a promotion by the strenght of the plaintiff, after uprooting his birthright, liberty and property. The order demonstrate affirmative question of punitive damages with deference to maladministration of jury wheel.

Submitted under penalty of perjury to be true and correct. 28 U.S.C. Section 1746.

Dated June 6, 2007.

Respectfully submitted
Awala

GBEKE M. AWALA
No. 82074-054
U.S. Penitentiary Canaan
P.O. Box 300
Waymart, PA 18472



# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: | Canaan USP |
| Inmate Name: | AWALA, GBEKE | Housing Unit: | CAA-E-B |
| Report Date: | 05/31/2007 | Living Quarters: | E03-106U |
| Report Time: | 3:19:05 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 4/11/2007 3:33:51 AM | TX041107 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| 1 | | | | | | | | |

**Total Transactions: 1**

| | | |
|---|---|---|
| **Totals:** | **$0.00** | **$0.00** |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

GB
No
P.O. Box 300
U.S. Penitentiary Canaan
3057 Easton Turnpike
Waymart, PA 18472




legal Mail:

U.S.M.S.
X-RAY

SUE L. ROBINSON
Cheif Judge
U.S. District Court
For the District of Delaware
844 N. King Street, Lockbox 31
Wilmington, Delaware 19801-3570