IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. Action No. 06-361-JJF |
| | : |
| GRAND JURY FOR THE DISTRICT | : |
| DELAWARE, JURORS OF THE | : |
| JANUARY 17, 18 TRIAL 2006, | : |
| HAWKINS REPORTING SERVICE, | : |
| STACY L. VICKERS, and COURT | : |
| DEPUTIES, | : |
| | : |
| Defendants. | : |

### MEMORANDUM ORDER

WHEREAS, on May 22, 2007, the Court denied Plaintiff's Motion For Reconsideration Dismissing Case and the case was closed (D.I. 6);

WHEREAS, one week later, on May 29, 2007, Plaintiff filed the pending Motion For Declaratory Judgment, (D.I. 7);

THEREFORE, at Wilmington this 27 day of July, 2007, IT IS ORDERED that the Motion For Declaratory Judgment (D.I. 7) is **DENIED** as **moot**.

_____
UNITED STATES DISTRICT JUDGE