UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-2863

Awala

vs.

Grand Jury Dist DE, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 06-cv-00361)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron

Clerk

Date: August 7, 2007

cc:
    Mr. Gbeke Michael Awala
    Office of Attorney General of Delaware